UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Arels Patushi )<br>   141 Rose Circle )<br>   Middletown, Connecticut )<br> )<br>   Plaintiff, )<br> )<br>v. )<br> )<br>GLOBAL LENDING SERVICES LLC )<br>   1200 Brookfield Blvd Ste 300 )<br>   Greenville, SC 29607-6583 )<br> )<br>   Defendant, | Case No. 3:23-CV-00946-JAM<br><br>Judge: Jeffrey A. Meyer |

## Motion to Compel

1. Counsels arguments in compelling arbitration are frivolous due to the fact that arbitration agreement being enforced was a mandatory term and condition rather than voluntary.

2. GLOBAL LENDING SERVICES refused services without consent to arbitrate in the event of a dispute, leaving Arels Patushi no choice but to consent to an agreement against his will.

3. GLOBAL LENDING SERVICES must produce the policy and procedures governing this agreement as to whether the arbitration provision was compulsory or voluntary at the time offered to Arels Patushi.

4. This information is fundamental for a fair proceeding to be conducted as the court has made a premature ruling based on misrepresented, misinterpreted and deceptive information produced by counsel. Further rulings made without this evidence will be insufficient.

Date: July 5th 2024
Name: Arels Patushi
Signature: _____

## CERTIFICATE OF SERVICE

I hereby certify that on ___07-05-24___ a copy of the forgoing was filed and served by mail or electronic filing to the following party:

Holland & Knight LLP
31 West 52nd st New York, NY 10019

Arels Patushi

**Rule 4.1**      FEDERAL RULES OF CIVIL PROCEDURE      8

(Attach the following)

DUTY TO AVOID UNNECESSARY EXPENSES
OF SERVING A SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

### Rule 4.1. Serving Other Process


Exhibit 3

(a) IN GENERAL. Process—other than a summons under Rule 4 or a subpoena under Rule 45—must be served by a United States marshal or deputy marshal or by a person specially appointed for that purpose. It may be served anywhere within the territorial limits of the state where the district court is located and, if authorized by a federal statute, beyond those limits. Proof of service must be made under Rule 4(*l*).

(b) ENFORCING ORDERS: COMMITTING FOR CIVIL CONTEMPT. An order committing a person for civil contempt of a decree or injunction issued to enforce federal law may be served and enforced in any district. Any other order in a civil-contempt proceeding may be served only in the state where the issuing court is located or elsewhere in the United States within 100 miles from where the order was issued.

(As added Apr. 22, 1993, eff. Dec. 1, 1993; amended Apr. 30, 2007, eff. Dec. 1, 2007.)

### Rule 5. Serving and Filing Pleadings and Other Papers

(a) SERVICE: WHEN REQUIRED.

   (1) *In General.* Unless these rules provide otherwise, each of the following papers must be served on every party:

      (A) an order stating that service is required;

      (B) a pleading filed after the original complaint, unless the court orders otherwise under Rule 5(c) because there are numerous defendants;

      (C) a discovery paper required to be served on a party, unless the court orders otherwise;

      (D) a written motion, except one that may be heard ex parte; and

Arels Patushi
141 Rose Circle
Middletown CT 06457

7022 0410 0002 8215 8066

CERTIFIED MAIL

Retail




06510

RDC 99

U.S. POSTAGE
FCM LETTER
MIDDLETOWN
JUL 08, 2024

$5.32

S2323Y50123

Court system
141 Church street
New Haven CT 06510